UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN WILLAND INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIT HARDWARE INCORPORATED et al.,<br><br>Defendants. | **Civil Action No. 21-1869 (SRC)**<br><br>**ORDER** |

**CHESLER, District Judge**

This matter having come before this Court following the Report and Recommendation ("R&R") filed on February 15, 2024 by Magistrate Judge Waldor, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2); and the Court having considered the parties' submissions; and for the reasons stated in the accompanying Opinion, and good cause appearing,

**IT IS** on this 4th day of April, 2024,

**ORDERED** that Magistrate Judge Waldor's R&R (Docket Entry No. 60) is adopted as the Opinion of the Court; and it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A), Defendants shall be **SANCTIONED** for noncompliance with this Court's Orders and for persistent failure to comply with discovery obligations; and it is further

**ORDERED** that the Clerk of the Court is directed to **STRIKE** Defendants' Amended Answer and Counterclaims (Docket Entry No. 18) from the docket of this case; and it is further

**ORDERED** that the Clerk of the Court is directed to enter **DEFAULT** against

1

Defendants Merit Hardware Inc., Jeffrey Mullins, and Claribel Mullins.

                                          s/Stanley R. Chesler
                                          STANLEY R. CHESLER, U.S.D.J.