*CLOSED*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN WILLAND INC., | : |
| Plaintiff, | : |
| | : Civil Action No. 21-1869 (SRC) |
| v. | : |
| | : **JUDGMENT** |
| MERIT HARDWARE INCORPORATED et al., | : |
| Defendants. | : |

### **CHESLER, District Judge**

This matter having come before this Court on the motion for entry of default judgment, pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(iv) and Federal Rule of Civil Procedure 55, by Plaintiff Steven Willand, Inc.;

**IT IS** on this 27th day of September, 2024,

**ORDERED** that Plaintiff's motion for entry of default judgment (Docket Entry No. 69) is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that Defendants Merit Hardware Incorporated, Jeffrey Mullins, and Claribel Mullins are to pay Plaintiff the amount of $447,210.04 in damages and $111,802.51 in reasonable attorney's fees.

    s/Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.